AO 247 (Rev. 11/11) Order Regarding Motion/Stipulation for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| Jose Palomo Cruz | ) | Case No: | 2:04-cr-044-RCJ-RJJ |
| aka Joe Cruz | ) | USM No: | 28339-112 |
| Date of Original Judgment: 08/01/2005 | ) | | |
| Date of Previous Amended Judgment: 03/09/2015 | ) | *Nisha Brooks-Whittington, CJA | |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* | |

**\*AMENDED ORDER AND MODIFIED JUDGMENT**
**ORDER REGARDING MOTION/STIPULATION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)**

Upon motion/stipulation of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[ ] DENIED.   [✓] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  170  months **is reduced to**  137  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  08/12/2005  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  March 25, 2015

Effective Date:  11/01/2015
*(if different from order date)*

*Judge's signature*

ROBERT C. JONES, UNITED STATES DISTRICT JUDGE
*Printed name and title*

*Asterisk identifies amendments

(Rev. for NVD 02/15)