# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>Vs.<br><br>JOSE PALOMO CRUZ, JR.<br><br>Defendant. | Case No.: 2:04-CR-00044-RCJ-GWF<br><br>**ORDER VACATING AND RESCINDING ORDER (ECF NO. 94) GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE AND ORDER SETTING HEARING** |

**ORDER VACATING AND RESCINDING**

IT IS HEREBY ORDERED that the Court's Order (ECF No. 94) Granting the Motion for Early Termination of Supervised Release (ECF No. 91) is VACATED AND RESCINDED.

IT IS FURTHER ORDERED that the Court Clerk shall reinstate the Motion for Early Termination of Supervised Release (ECF No. 91) on the Court's docket.

**ORDER SETTING MOTION HEARING**

IT IS HEREBY ORDERED that a Motion Hearing on the Motion for Early Termination of Supervised Release (ECF No. 91) is set for 09:00 A.M., Friday, May 17, 2019, in Las Vegas Courtroom 4B, before Judge Robert C. Jones.

IT IS SO ORDERED.

Dated this 29th day of April, 2019.

_____
ROBERT C. JONES, Senior District Judge